UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAKEEM LOWRY,

       Appellant,     Case No. 19-12362
                              Hon. Victoria A. Roberts
                              Mag. Judge Elizabeth A. Stafford

v.

SOUTHFIELD NEIGHBORHOOD
REVITALIZATION INITIATIVE, LLC,
et al.,

       Appellees.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION
## [ECF No. 18]

On June 5, 2020, the Court entered an order affirming the Bankruptcy Court's dismissal of Lowry's third adversary complaint. [ECF No. 17]. Lowry now moves for the Court to reconsider pursuant to Eastern District of Michigan Local Rule 7.1(h)(3). [ECF No. 34].

Local Rule 7.1(h)(3) provides the Court's standard of review for a motion for reconsideration:

> Generally, and without restricting the court's discretion, the court will not grant motions for ... reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not

1

> only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

E.D. Mich. LR 7.1(h)(3). Palpable defects are those which are "obvious, clear, unmistakable, manifest or plain." *Mich. Dep't of Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002). "It is an exception to the norm for the Court to grant a motion for reconsideration." *Maiberger v. City of Livonia*, 724 F. Supp. 2d 759, 780 (E.D. Mich. 2010). "[A]bsent a significant error that changes the outcome of a ruling on a motion, the Court will not provide a party with an opportunity to relitigate issues already decided." *Id.*

Lowry presents the same arguments in his motion for reconsideration, which were ruled upon and rejected by the Court. Importantly, Lowry again fails to respond to the Court's concern that Lowry may, in fact, lack standing to bring this claim. As such, he fails to demonstrate a palpable defect in the Court's order. Lowry's motion for reconsideration is **DENIED**.

**IT IS ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: July 9, 2020

2